Susan S. Hansen v. Duncan N. Hansen.
George E. Shambaugh, Jr., Petitioner-Appellee, v. Duncan N. Hansen and Richard B. Hansen, Respondents-Appellants.

Gen. No. 47,849.

First District, First Division.
August 5, 1959.
Released for publication February 16, 1960.

Ehrlich & Cohn, and Louis Karton, for appellant; Hinshaw, Culbertson, Moelmann and Hoban, for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.